**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

WANDA M. REYES VELAZQUEZ
DEBTORS

**CASE NUM.: 11-00850 ESL**

**CHAPTER 13 (ASSET CASE)**

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 3/23/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 23 day of March, 2011.

**RESPECTFULLY SUBMITTED.**

**/S/MARILYN VALDES ORTEGA**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                    Case No. __11-00850-ESL__

__REYES VELAZQUEZ, WANDA M__ _____ Chapter __13__
　　　　　　　　　　Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: __3/23/2001__
☐ PRE ☐ POST-CONFIRMATION          Filed by: ☑ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ __150.00__ x __4__ = $ __600.00__<br>$ __350.00__ x __43__ = $ __15,050.00__<br>$ __450.00__ x __7__ = $ __3,150.00__<br>$ __550.00__ x __6__ = $ __3,300.00__<br>$ _____ x _____ = $ _____<br><br>TOTAL: $ __22,100.00__<br><br>Additional Payments:<br>$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:<br>☐ Sale of Property identified as follows:<br>_____<br>_____<br>☐ Other:<br>_____<br>_____<br>Periodic Payments to be made other than, and in addition to the above:<br>$ _____ x _____ = $ _____<br><br>PROPOSED BASE: $ __22,100.00__ | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>2. ☑ Trustee pays IN FULL Secured Claims:<br>Cr. __FIRSTBANK__ Cr. _____ Cr. _____<br># __62247__ # _____ # _____<br>$ __9,714.24__ $ _____ $ _____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>__AEELA__<br>5. ☐ Other:<br>_____<br>6. ☐ Debtor otherwise maintains regular payments directly to:<br>_____<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____<br>☐ Paid 100% / ☐ Other: _____<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,900.00__

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed: _/s/ WANDA M REYES VELAZQUEZ_
　　　　Debtor


　　　　Joint Debtor

Attorney for Debtor Marilyn Valdes Ortega Law Offices          Phone: **(787) 758-4400**

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
| --- | --- | --- | --- |
| **Executory Contracts - Assumed:** | ADA PLAZA | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

INSURANCE TO FIRST BANK  THROUGH  EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON JULY 2011.

ADEQUATE PROTECTION PAYMENT TO FRIST BANK UNTIL CONFIRMATION $92.00 TO BE PAID BY TRUSTEE MONTHLY.

INCREASE AFTER MONTH FOUR (4) IS DUE TO AN INCREASE IN SALARY BY DEBTOR.

STEP UP PAYMENT IN MONTH NUMBER 47 AND 54  IS AT THE TIME DEBTOR PAYS OF RETIREMENT LOAN.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only



**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-00850-ESL13 Notice will be electronically mailed to:**

MARIA MERCEDES BENABE RIVERA on behalf of Creditor FIRSTBANK PUERTO RICO
fblegalcounseling@firstbankpr.com

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor WANDA REYES VELAZQUEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.


**11-00850-ESL13 Notice will not be electronically mailed to:**

AEE
PUERTO RICO ELECTRIC POWER
AHTHORITY
PO BOX 71524
SAN JUAN, PR  00936-8624

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

AES
PO BOX 2461
HARRISBURG, PA  17105-2461

BANCO COOPERATIVO
623 AVE PONCE DE LEON
SAN JUAN, PR  00917-4820

CETENNIAL
PO BOX 71514
SAN JUAN, PR  00936

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR  00936

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRSTBANK
PO BOX 9146
SAN JUAN, PR  00908-0146

HUNTER'S GROUP INC
GOVERNOR'S PLACE
33 BLOOMFIELD HILLS PARKWAY SUITE
242
BLOOMFIELD HILLS, MI  48304

INTERNATIONAL HOME PRODUCTS
PO BOX 363885
SAN JUAN, PR  00936

LCDO. FRANCISCO CRIADO
SANTURCE STATION
PO BOX 9195
SAN JUAN, PR  00908

LVNV FUNDING LLC
PO BOX 740281
HOUSTON, TX  77274

SAM'S CLUB
PO BOX 530942
ATLANTA, GA  30353-0942

SECURITY CREDIT SERVICES
2623 W OXFORD LOOP
OXFORD, MS  38655

UNIVERSIDAD SAGRADO CORAZON
LOIZA STATION
PO BOX 12383
SANTURCE, PR  00914

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE, TX  75403